AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>SCOTT HANNA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-00328<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 31, 2025_ in the county of _Montgomery_ in the _Southern_ District of _Ohio_, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA P. ANDREW GRAGAN, FBI
*Printed name and title*

Sworn to before me and signed in my presence via telephone.

Date: July 31, 2025

_____
Caroline H. Gentry
United States Magistrate Judge

City and state: DAYTON, OHIO

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, P. Andrew Gragan, being first duly sworn, hereby depose and state as follows.

## INTRODUCTION AND AGENT BACKGROUND

1. Based on the facts set forth in the Affidavit, there is probable cause to believe that, on July 31, 2025, in the Southern District of Ohio, SCOTT HANNA (HANNA) committed a violation of 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), Cincinnati Division. I have been employed as a Special Agent with the FBI since May 2016. I have received training in national security investigations and criminal investigations. I have conducted investigations related to international terrorism, domestic terrorism, white-collar crimes, drug trafficking, firearms, violent crimes, and public corruption. As part of those investigations, I have participated in physical surveillance and records analysis, worked with informants, conducted interviews, served court orders and subpoenas, executed search and arrest warrants, and testified before grand juries and in trial. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On or about July 31, 2025, Cincinnati Police Department provided screenshots of a threatening X post made by X username @generalquinny to the FBI Cincinnati Joint Terrorism Task Force (JTTF). A screenshot of the pertinent post is below:



5. On or about July 31, 2025, FBI submitted an Emergency Disclosure Request (EDR) to X for username @generalquinny. X and responded with the following information:

- Account email: scohanna@gmail.com

- Creation IP: 107.9.28.195

- Creation Date: November 2, 2012

- Account ID: 921108422

- Most recent IP Logs:

    a. July 31st: 99.175.78.30

    b. July 30th: 99.175.78.30

    c. July 29th: 172.58.124.6

6. On or about July 31, 2025, FBI conducted a database check on IP address 99.175.78.30. The IP address is registered in Centerville, Ohio to AT&T.

7. On or about July 31, 2025, the FBI submitted an EDR to AT&T for IP address 99.175.78.30. AT&T responded with the following information:

- Account Name: Scott HANNA

- Address: 2678 Orchard Run, Dayton, Ohio

8. On or about July 31, 2025, the FBI reviewed the publicly available X account @generalquinny. The user had posted multiple photographs, purporting to be the user. A comparison of a photograph posted on or about February 17, 2022, with the HANNA's BMV photograph, which was taken on January 26, 2025, appears to show the same individual.

9. On or about July 31, 2025, the FBI submitted an EDR to Google for email address scohanna@gmail.com. Among the information Google responded with was recovery SMS +19376266673, Google pay information including names "scott M hanna" and "Scott Hanna", and included, but not limited to, address 2678 Orchard Run Rd. This is the same address HANNA has registered in Ohio BMV records.

10. On or about July 31, 2025, the FBI spoke with local law enforcement, who confirmed HANNA still resides at 2678 Orchard Run Rd. They had last responded to the address on or about September 11, 2024, in reference to a reported menacing. While enroute, HANNA called dispatch and requested to speak with a detective and told them if they were not going to charge a specified individual then he was going to cut off her head. He stated, "If you don't want an incident then you better send cops to 2678 Orchard Run because I'm fucking done with this slut." Local law enforcement noted that they had previous contact with HANNA when he claimed the same specified individual had broken into his residence. HANNA had swung a full-sized sword at her neck, resulting in a serious physical injury and what appeared to be a partial decapitation.

During the September 11, 2025, interaction, HANNA became extremely irate and began yelling, screaming, and calling the officer a "n****r".

11. Based on the information set forth in this affidavit, there is probable cause to believe that on July 31, 2025, in the Southern District of Ohio, SCOTT HANNA (HANNA) committed a violation of 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure.

Respectfully submitted,

P. Andrew Gragan
Special Agent
Federal Bureau of Investigation

Subscribed and sworn by phone
on July  31 , 2025 in Dayton, OH

Caroline H. Gentry
United States Magistrate Judge